HENRY BOYLE, Respondent, v. LENA WOLFF, as Executrix, etc., and Others, Defendants, Impleaded with HENRY D. SAYER and MORRIS A. SHULMAN, Assignees for the Benefit of Creditors of WOLFF INDUSTRIAL SERVICE, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants, appellants, to answer the supplemental complaint within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of DORSET PRINTING Co., INC., to BERNARD KAUFMAN, Assignee, Respondent; MARTIN J. WEBER, Claimant, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISAAC GLUCKMAN, Appellant, v. STEWART & BENNETT, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., dissents and votes to reverse and grant judgment for the plaintiff.

CHARLES A. COOK, Respondent, v. FELIX LILIENTHAL & Co., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MYER LEVINE, Respondent, v. BARC-RAY HOLDING CORPORATION, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Townley, J., taking no part.

FEDERAL MUTUAL LIABILITY INSURANCE COMPANY, Appellant, v. YONKERS STANDARD EXPRESS & LIVERY Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRENE HOLDING CORPORATION, Respondent, v. MADISON-59TH STREET CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM J. GOLDSTEIN and Others, Respondents, v. S. I. K. CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WALTER READE, Respondent, v. HYMAN B. CANTOR, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

P. JACKSON HIGGS, Appellant, Respondent, v. GEORGE DEMAZIROFF, Respondent, Appellant.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.